# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS FRANK DICKERSON

NO. 2022 KW 0966

**NOVEMBER 21, 2022**

---

In Re:   Dennis Frank Dickerson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458871.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT